No. 75. UNITED GAS & ELECTRIC ENGINEERING COR-PORATION *v.* UNITED STATES. Appeal from the Court of Claims. Argued October 22, 1925. Decided October 26, 1925. *Per Curiam.* Judgment affirmed upon the authority of *Baltimore and Ohio Railroad Co.* v. *United States,* 261 U. S. 592, 597; *Baltimore and Ohio Railroad Co.* v. *United States,* 261 U. S. 385. *Mr. Raymond M. Hudson* for appellant. *Solicitor General Mitchell, Assistant to the Attorney General Donovan,* and *Mr. John E. Hoover,* Special Assistant to the Attorney General, for the United States.

---

No. 89. THORVALD BERG ET AL. *v.* UNITED STATES. Appeal from the Court of Claims. Submitted October 23, 1925. Decided October 26, 1925. *Per Curiam.* Dismissed upon the authority of *Omnia Commercial Co.* v. *United States,* 261 U. S. 502. *Mr. Paul Cooksey* for appellants. *Solicitor General Mitchell, Assistant Attorney General Letts* and *Mr. J. Frank Staley,* Special Assistant to the Attorney General, for the United States.

---

No. 465. ST. PAUL & TACOMA LUMBER COMPANY *v.* NORTHERN PACIFIC RAILWAY COMPANY. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss submitted October 12, 1925. Decided November 16, 1925. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of *Southern Pacific Ry. Co.* v. *Stewart,* 254 U. S. 359; *Barnett* v. *Kunkel,* 264 U. S. 16. *Messrs. Alexander Britton, Charles W. Bunn, L. B. da Ponte* and *Dennis F. Lyons* for the appellee, in support of the motion. *Mr. Benjamin S. Grosscup* for the appellant, in opposition thereto.